UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 14-10122-PBS |
| ) | |
| NABEEL MEMON ) | |

MOTION TO FILE UNDER SEAL

Defendant Nabeel Memon respectfully moves to file a document under seal.

NABEEL MEMON
By his attorney,

/s/ Charles P. McGinty

Charles P. McGinty
  B.B.O. #333480
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and to Christopher Moriarty by delivery on May 14, 2014.

/s/ Charles P. McGinty

Charles P. McGinty